UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ROCHE and SUE RADULOVICH,

        Plaintiffs,

v.                                                              Case No. 12-CV-10266
                                                              Honorable Denise Page Hood

CITIMORTGAGE, INC., TROTT & TROTT, P.C.,
FEDERAL HOME LOAN MORTGAGE CORP.,
JOHN DOE and MARY ROE,

        Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 28, 2012, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 28th day of September, 2012.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2012, by electronic and/or ordinary mail.

                              S/LaShawn R. Saulsberry
                              Case Manager